## 33011. PRICE v. PRICE.

PER CURIAM.

In this no-fault divorce case, the wife appeals the alimony verdict urging among other matters that the jury's failure to award her a one-half interest in her former husband's new business constituted an illegal award of alimony to the husband. We find no reversible error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 9, 1978 — DECIDED FEBRUARY 22, 1978 — REHEARING DENIED MARCH 7, 1978.

*Brown, Katz & Flatau, S. Phillip Brown,* for appellant.
*Robert S. Slocumb,* for appellee.